1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES ONEAL BELVINS, JR,                    No.  2:24-cv-0830 KJM CKD (PS)

12             Plaintiffs,

13        v.                                      ORDER

14   TERA INVESTMENTS II, INC.,

15             Defendants.

16

17        This matter was referred to a United States Magistrate Judge as provided by Local Rule

18   302(c)(21). On August 13, 2024, the magistrate judge filed findings and recommendations, which

19   contained notice that any objections to the findings and recommendations were to be filed within

20   fourteen days. (ECF No. 13.) Plaintiff has filed objections to the findings and recommendations.

21   (ECF No. 14.)

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

23   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

24   findings and recommendations to be supported by the record and by the proper analysis.

25        Accordingly, IT IS HEREBY ORDERED as follows:

26        1.  The findings and recommendations filed August 13, 2024 (ECF No. 13), are adopted

27            in full.

28        2.  The motion for default judgment (ECF No. 9) is denied.

                                            1

1          3.  The case is dismissed for lack of subject matter jurisdiction. *See*

2                 Fed. R. Civ. P. 12(h)(3).

3          4.  The Clerk of the Court is directed to close this case.

4   DATED:  October 23, 2024.

                                                                UNITED STATES DISTRICT JUDGE